# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**STANLEY LAWRENCE BURKE, SR., #12058-021**           **PETITIONER**

**VS.**           **CIVIL ACTION NO. 5:09-cv-217-DCB-MTP**

**BRUCE PEARSON, Warden**           **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this date and incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed with prejudice as to the jurisdictional issue only, and without prejudice in all other respects.

SO ORDERED AND ADJUDGED, this the  24th   day of  March, 2010.


                                                       s/David Bramlette
                                                      UNITED STATES DISTRICT JUDGE